**Order entered June 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00700-CV

### IN RE TOM HARRISON, Relator

**Original Proceeding from the City of Plano**
**Collin County, Texas**

## ORDER
Before Justices Lang, Myers, and Whitehill

Before the Court are relator's petition for writ of mandamus and relator's motion for emergency temporary relief. We request that the real party in interest and Respondent file their responses, if any, to the petition and the motion **by June 27, 2018**.

/s/     DOUGLAS S. LANG
           PRESIDING JUSTICE